

# Case Assignment
# Standard Civil Assignment

Case number **1:19CV-169-GNS**

Assigned : Chief Judge Greg N. Stivers
Judge Code : 4416

Assigned on 11/15/2019 1:47:32 PM
Transaction ID: 29137

Request New Judge    Return