IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| GREG CRADDOCK,<br><br> Plaintiff,<br><br>vs.<br><br>RURAL COMMUNITY INSURANCE COMPANY, d/b/a RCIS,<br><br> Defendant. | Case No.: 1:19-cv-00169-GNS-HBB |

**<u>DEFENDANT'S DISCLOSURE STATEMENT</u>**

As required by LR 7.1 and LR 81.c and d, the Defendant, Rural Community Insurance Company, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:

 Rural Community Insurance Company
 Zurich American Insurance Company
 Zurich Holding Company of America, Inc.
 Zurich Insurance Company Ltd
 Zurich Insurance Group Ltd

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

Rural Community Insurance Company is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is wholly owned by Zurich Insurance Company Ltd, a Swiss corporation. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

This the 23rd day of December, 2019

Respectfully submitted,

JUDD, SATTERFIELD & ASSOCIATES, PLLC
869 Broadway Avenue
Bowling Green, Kentucky 42101
Telephone (270) 904-4141
Facsimile: (888) 590-2842

/s/      Harlan E. Judd, III_____
              Harlan E. Judd, III

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served upon the following, via regular U.S. mail, postage prepaid, and pursuant to the Court's electronic filing system, on this the 23rd day of December, 2019:

Nicholas A. Carter
Attorney at Law, PLLC
110 West 3rd Street
P.O. Box 155
Tompkinsville, KY 42167

/s/      Harlan E. Judd, III_____
              Harlan E. Judd, III